IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOEL GUADALUPE GIL- ) <br> SANDOVAL, ) <br> ) <br> Defendant. ) | Case №: 2:23-cr-00095-JAM-2 <br><br> **O R D E R** <br> **APPOINTING COUNSEL** |

   The court relieved Kyle Knapp in court on October 31, 2023. CJA Panel attorney Clemente Jimenez  is hereby **APPOINTED** effective November 2, 2023, the date the Office of the Federal Defender contacted him.

Dated: November 03, 2023       /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE