CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOEL GUADALUPE GIL-SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL GUADALUPE GIL-SANDOVAL,<br><br>Defendant. | Case No.: 2:23-cr-00095-JAM-2<br><br>**STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME**<br><br>DATE:  November 14, 2023<br>TIME:  9:00 a.m.<br>JUDGE:  Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Kerry Blackburn, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Joel Guadalupe Gil-Sandoval, that the status conference in this matter, currently scheduled for November 14, 2023, at 9:00 a.m., be vacated, and the matter continued to this court's criminal calendar on January 9, 2024, at 9:00 a.m. for further status conference. Defense counsel is newly appointed to represent Mr. Gil-Sandoval and will require time to review discovery, meet with him, and conduct investigation, as necessary. The Court has already set a status conference date of January 9, 2024, as to codefendant Jesus Louis Vasquez.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

11/03/23

4), from November 14, 2023, through January 9, 2024, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: November 3, 2023    /S/    Kerry Blackburn
PHILLIP TALBERT
by KERRY BLACKBURN
Attorney for Plaintiff

DATED: November 3, 2023    /S/    Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Joel Guadalupe Gil-Sandoval

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for November 14, 2023, at 9:00 a.m., be **VACATED** and the matter **CONTINUED** for further status conference on **January 9, 2024, at 9:00 a.m.** The Court finds that time under the Speedy Trial Act shall be excluded from November 14, 2023, through January 9, 2024, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: November 03, 2023    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE