**FILED**
March 25, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOEL GUADALUPE GIL-SANDOVAL, <br><br> Defendant. | Case No. 2:23-cr-00095-JAM-2 <br><br> **ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOEL GUADALUPE GIL-SANDOVAL , Case No. 2:23-cr-00095-JAM-2 , Charge 21 U.S.C. §§ 846, 841(a)(1), from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

  X    (Other): **TIME SERVED.**


DATED: March 25, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE